1  BENJAMIN B. WAGNER
   United States Attorney
2  ELLIOTT C. MONTGOMERY
   Special Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff

6

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    CASE NO. 1:05-cr-00001 SMS

12           Plaintiff,
                                STIPULATION TO VACATE STATUS
13 v.                           CONFERENCE; ORDER

14 JOSHUA MICHAEL BALLAIN,

15           Defendant.

16

17      IT IS HEREBY STIPULATED by and between the parties hereto,
18 through their respective counsel, that the status conference set for
19 March 20, 2014, in the above captioned matter may be vacated.
20      The request is made by both parties.  The basis for the request
21 is that the status conference on March 20, 2014, was set to allow the
22 Plaintiff enough time to bring additional charges against the
23 Defendant, JOSHUA MICHAEL BALLAIN.  The United States is not seeking
24 to bring additional charges at this time.  The parties request that
25 the sentencing hearing previously set in this case for May 15, 2014,
26 at 10:00 AM remain as set.
27 //
28 //

                              1
                                      STIPULATION TO VACATE STATUS
                                      CONFERENCE AND ORDER

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: March 18, 2014        By:   /s/ Elliott C. Montgomery
                                   ELLIOTT C. MONTGOMERY
                                   Special Assistant U.S. Attorney

DATED: March 18, 2014        By:   /s/ Andras Farkas
                                   ANDRAS FARKAS
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   Joshua Michael Ballain
```

IT IS SO ORDERED.

Dated: **March 19, 2014**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE